UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Luis ROLDAN–GIL, also known as Jose Roldan–Gil, Defendant–Appellant.

No. 04–50606.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2004.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

M Carolyn Fuentes, San Antonio, TX, for Defendant–Appellant.

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Luis Roldan–Gil raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235,

118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AF-FIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.